825 FIFTH AVENUE CORPORATION, Respondent, *v.* JAMES F. EGAN, Public Administrator of New York County, as Administrator of the Estate of ESTHER S. MILLER, Deceased, Defendant, and PLAINFIELD HOTEL CORPORATION et al., Appellants.

Submitted March 5, 1945; decided April 5, 1945.

*James P. Kohler, Jr.,* for motion.
*Albert A. Raphael* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements upon the ground that the orders do not finally determine the action within the meaning of the Constitution.